**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21885-ALTMAN**

**WILMER ISRAEL MARADIAGA-LAZO**,

    *Petitioner,*

*v.*

**TODD LYONS,** *et al.*

    *Respondents.*

_____/

## **ORDER**

The Respondents do not oppose the Petitioner's request for a bond hearing pursuant to 8 U.S.C. § 1226(a) in light of the Eleventh Circuit's recent decision in *Hernandez Alvarez v. Warden, Federal Detention Center Miami,*, 2026 WL 1243395 (11th Cir. May 6, 2026). *See* Response to Paperless Order [ECF No. 5] at 1 ("Pursuant to the *Alvarez* decision, Respondents do not oppose Petitioner's claim that he should be provided a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a).").

Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Petition [ECF No. 1] is **GRANTED IN PART**.

2. The Respondent shall give the Petitioner an individualized bond hearing, consistent with the provisions of 8 U.S.C. § 1226(a) within fourteen days of this Order or otherwise release Petitioner. The Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing. No less than 72 hours before the start of the bond hearing, the Respondent shall notify the Petitioner's counsel that a bond hearing has been scheduled, and that notice must include the time, date, and location of the bond hearing and shall

apprise the Petitioner's counsel of any procedural requirements that must be satisfied in order to appear at the bond hearing.

3.  The Respondent shall file a notice with the Court **on or before June 9, 2026**, confirming its compliance with this Order.

4.  The Clerk is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 20, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2